IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KIMBERLY LADNIER**

v.  CAUSE NO. 1:21-cv-407-LG-RPM

**STATE FARM FIRE AND
CASUALTY COMPANY**

## FINAL JUDGMENT

In accordance with the Order Granting Defendant's *Ore Tenus* Motion for Judgment as a Matter of Law pursuant to Fed. R. Civ P. 50, the Court finds that this lawsuit should be dismissed.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED.**

**SO ORDERED AND ADJUDGED** this the 11th day of July, 2023.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE